■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOWELL BIRRELL, Appellant.—Judgment, Supreme Court, New York County, rendered on November 13, 1973, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Silverman, Capozzoli, Lane and Nunez, JJ.

■ In the Matter of the Arbitration between WILLIAM F. SULLIVAN et al., Respondents, and McCORMICK & Co., INCORPORATED, Respondent-Appellant, and THOMAS E. HOSTY, JR., et al., Respondents-Respondents.—Judgment, Supreme Court, New York County, entered on April 19, 1976, unanimously affirmed for the reasons stated by Tierney, J., at Special Term, and that the petitioners-respondents and the respondents-respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Lane, JJ.

■ In the Matter of MARY MAHONEY et al. v JAMES R. DUMPSON et al.—Motion, insofar as it seeks reargument, granted only insofar as to modify the order of this court entered on May 4, 1976 to the extent of deleting the $20 costs and to the extent of denying without prejudice to renewal at Special Term that branch of the motion which sought to correct the caption of the proceeding. In all other respects the motion is denied. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.

■ PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., v CITY OF NEW YORK.—Motion, insofar as it seeks reargument, denied. Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of this court, entered April 26, 1976, properly made?" This court further certifies that its deletion, in the order of enforcement entered December 30, 1975, of the provision for suspension and deferral of payment of the 6% wage increase provided for in the July 1, 1975 judgment was ordered on the law and not in the exercise of discretion. Concur—Stevens, P. J., Markewich, Kupferman, Lupiano and Nunez, JJ.